UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton,  NJ    08650
(609) 587-6888

**Order Filed on February 11, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Meera Saar

Case No.: 25-13401 / MBK

Chapter 13

Hearing Date: 2/11/2026  at 9:00 AM

Judge: Michael B. Kaplan

Debtor(s)

**CHAPTER 13 TRUSTEE POST-CONFIRMATION ORDER OF DISMISSAL**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 11, 2026**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/2017*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed.

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed
14 days of the date of this order by any administrative claimant for funds on hand with the Chapte
Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan
shall be refunded to the debtor, less any applicable trustee fees and commissions, and after any remaining
attorney fees and adequate protection payments, due under the plan, proposed or confirmed, or by Court
order, are paid.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacatec
and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the dat
this order.

*rev. 5/8/2017*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-13401-MBK

Meera Saar                                                                                Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 11, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Meera Saar, 41 Greenwich Drive, Jackson, NJ 08527-4878 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank  N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Meera Saar bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| Steven Eisenberg | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank  N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B bkecf@sterneisenberg.com, |

District/off: 0312-3                          User: admin                                        Page 2 of 2
Date Rcvd: Feb 11, 2026                       Form ID: pdf903                                     Total Noticed: 1

jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP
Morgan Chase Bank  N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B skelly@sterneisenberg.com,
bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7